**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**PATRICK ARNETT**                                                          **PLAINTIFF
#251024**

**V.**                                 **NO. 4:22-cv-001173-JM**

**HIGGINS, *et al*.**                                              **DEFENDANTS**

## <u>JUDGMENT</u>

Consistent with the Order entered today, this case is DISMISSED, without prejudice.

IT IS SO ORDERED this 11th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE